IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAPA VALLEY ELITE AIRE, a California corporation, <br><br> Defendant. / | No. C-10-4230 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is plaintiffs' Case Management Statement, filed February 25, 2011, in which plaintiffs request the Case Management Conference be continued for ninety days. In particular, plaintiffs note that defendant has complied with plaintiffs' audit requests and that the results of the audit are not yet finalized.

Good cause appearing, the Case Management Conference is hereby CONTINUED from March 4, 2011 to June 3, 2011. A Joint Case Management Statement shall be filed no later than May 27, 2011.

**IT IS SO ORDERED.**

Dated: March 1, 2011

MAXINE M. CHESNEY
United States District Judge