IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U..A. LOCAL 342 JOINT LABOR MANAGEMENT COMMITTEE, et al.,<br><br>          Plaintiff,<br><br>    v.<br><br>NAPA VALLEY ELITE AIRE,<br><br>          Defendant.<br>_____/ | No. C-10-4230 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFFS TO PROVIDE CHAMBERS COPY OF AMENDED COMPLAINT** |

Before the Court is plaintiffs' Case Management Statement, filed May 27, 2011.[1]

As explained in the Statement, plaintiffs, on May 27, 2011, filed an amended complaint that deleted the sole defendant named in the initial complaint and added two defendants, neither of whom has been served.[2] In light of the recent amendment, plaintiffs request a continuance of the Case Management Conference.

//

---

[1] Plaintiffs failed to provide the Court with a chambers copy of the Case Management Statement. For future reference, plaintiffs are reminded that, pursuant to Northern District General Order 45 and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically, such copy to be delivered no later than noon on the day after the document is filed electronically.

[2] Plaintiffs, to date, have failed to provide the Court with a chambers copy of the amended complaint. Plaintiffs are hereby DIRECTED to provide a chambers copy forthwith.

Good cause appearing, the Case Management Conference is hereby CONTINUED from June 3, 2011 to August 26, 2011, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than August 19, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

MAXINE M. CHESNEY
United States District Judge

2